UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMES AHRENDT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 1:19-CV-04753-TWP-TAB ) |
| ELI LILLY AND COMPANY, | ) ) |
| Defendant. | ) |

## ORDER

The Court, having reviewed the Parties' Joint Stipulation of Dismissal with Prejudice and being duly advised, hereby ORDERS this matter is DISMISSED, WITH PREJUDICE, each party to bear his or its own costs, expenses, and attorneys' fees.

IT IS SO ORDERED.

Date: 6/22/2020

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF

US.128431915.01